IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-72-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**CARISSA FREDERICK,**

        Defendant.

## MINUTE ORDER SETTING CHANGE OF PLEA HEARING

Judge John L. Kane **ORDERS**

This matter is before the court on Defendant's Notice of Disposition (doc. #7), filed April 11, 2011.  It is

**ORDERED** that a **Change of Plea Hearing** is set for **May 6, 2011 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall submit copies of the "Statement in Advance of Change of Plea" and "Plea Agreement" to Judge Kane's Chambers and to the Probation Department no later than noon on May 4, 2011.  The original and one copy of these documents should be delivered to the courtroom deputy at the time of the hearing.

Dated:  April 12, 2011