**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam　　　　　　　Date:  January 5, 2012
Court Reporter: Tamara Hoffschildt
Probation Officer: Justine Kozak

Criminal Action No.: 11-cr-00072-JLK

*Parties:*　　　　　　　　　　　　　　　　　　　　　*Counsel:*

UNITED STATES OF AMERICA,　　　　　　　　　　Suneeta Hazra

　　　Plaintiff,

v.

CARISSA FREDERICK,　　　　　　　　　　　　　　Matthew C. Golla

　　　Defendant.

---

### SENTENCING MINUTES

---

**3:01 p.m.　　Court in session.**

Court calls case.  Counsel present.  Defendant present on bond.  Also present, Janet Hukill, FBI.

**Change of Plea Hearing:  May 6, 2011.**

**Defendant plead guilty to Count One of the Information.**

Preliminary remarks by the Court.

**ORDERED:　Government's Motion For Defendant To Receive The Third Level For Acceptance Of Responsibility Under U.S.S.G. §3E1.1(b) [Filed 1/512; Doc. No. 25] is GRANTED.**

**ORDERED:　Doc. No. 19 is DENIED.**

Parties received and reviewed the presentence report.

*11-cr-00072-JLK*
*Sentencing*
*January 5, 2012*

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.
Comments and rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of **27 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years**.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.

   **Special conditions of supervised release:**

- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

- (X) Defendant shall participate in a program of mental health treatment as

*11-cr-00072-JLK*
*Sentencing*
*January 5, 2012*

    directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall pay the cost of the treatment as directed by the probation officer.
(X) The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment.
(X) Defendant shall not be employed in a capacity which allows and/or authorizing the handling of money including issuing checks.
(X) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
(X) Defendant shall work with the probation officer in the development of a monthly budget and plan for payment of restitution.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
Defendant shall pay restitution as follows:

| Victim | Amount |
|---|---|
| The Weintraub Organization attn: Jerry Weintraub | $489,370.00 |

Interest is waived.

This obligation shall be due and payable during the period of incarceration, with any unpaid balance being paid during the term of supervised release as directed by the probation officer.  Restitution payments shall be calculated as at least 20 percent of the Defendant's gross monthly income from any and all sources.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:** Court finds the defendant is not likely to flee or pose a danger to the safety of any other person or the community.

**ORDERED:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon within 15 days of the date of designation.

*11-cr-00072-JLK*
*Sentencing*
*January 5, 2012*

**It is the recommendation of this Court, to the bureau of prisons, that among the mental health and the behavioral programs that are offered to female inmates of the Bureau of Prisons, that every consideration be made to provide the Defendant with the opportunity to participate in the resolve program, which is listed by the Bureau of Prisons, as a psychological treatment program, in it's program statement number P 5330.11, dated March 16th, 2009, and found at section 3.4 thereof.**

**3:25 p.m.     Court in recess.**
Hearing concluded.
Total in-court time: 24 minutes.